AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  NEW YORK

UNITED STATES OF AMERICA

v.

MARTIN GUZMAN,
　　　　　Defendant.

**APPEARANCE**

Case Number: 08 MAG. 0813

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Martin Guzman

I certify that I am admitted to practice in this court.

| April 17, 2008 | _[signature]_ | |
|---|---|---|
| Date | Signature | |
| | David Touger | 7790 |
| | Print Name | Bar Number |
| | 70 Lafayette Street | |
| | Address | |
| | New York | NY | 10013 |
| | City | State | Zip Code |
| | (212) 608-1234 | (212) 513-1989 |
| | Phone Number | Fax Number |